HOWARD P. ROBERTS, JR., an Infant, by HOWARD P. ROBERTS, His Guardian ad Litem, Appellant, *v.* PAUL PETRIE, Defendant, and JAMESTOWN-DUNKIRK TRANSIT Co., INC., Respondent.

HOWARD P. ROBERTS, Appellant, *v.* PAUL PETRIE, Defendant, and JAMESTOWN-DUNKIRK TRANSIT Co., INC., Respondent.

(Argued October 7, 1929; decided October 22, 1929.)

*Clarence W. Roberts* for appellants.

*J. Russell Rogerson* for respondent.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.